AO 442 (Rev. 11/11) Arrest Warrant

FID 11884793

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED USMS ORLANDO
2025 NOV 6 AM 9:19

| United States of America | ) |
|---|---|
| v. | ) |
| KENNY JAMES PHILLIP | ) Case No. 6:25-mj-2258 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) **KENNY JAMES PHILLIP**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Smuggling firearms from the United States, in violation of 18 U.S.C § 554(a);
Attempted Smuggling of firearms from the United States, in violation of 18 U.S.C. § 554(a)

Date: 11/5/2025

City and state: Orlando, FL

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on (date) 11/5/25, and the person was arrested on (date) 12/10/25
at (city and state) Miami

Date: 12/12/25

James Fuog DUSM SD/FL
Printed name and title